IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED 2002 MAR -8 AM 10:57
U.S. DISTRICT CLERK COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No. 99 CR 00704-1 |
| v. | ) | |
| | ) | Hon. Blanche M. Manning |
| BRIAN JONES | ) | Judge |
| | ) | |
| Defendants | ) | |

DOCKETED
MAR 15 2002

### NOTICE OF MOTION

TO:

Office of the United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604

Please take notice that on March 14, 2002, at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanche M. Manning, or any Judge sitting in her stead, in the Courtroom usually occupied by her in Room 2125, 219 S. Dearborn Street, Chicago, Illinois 60604 and then and there present the attached Motion to Amend Judgment, a copy of which is attached and served upon you.

*Barbara Klein*
Barbara Klein
Attorney for Brian Jones
Bourgeois & Klein
53 West Jackson., Suite 1320
Chicago, Illinois 60604
312-663-1279

### STATEMENT OF SERVICE

A copy of Defendant Brian Jones' Motion to Amend Judgment was served upon the United States Attorney as hereinabove addressed by hand delivery at the address above listed on March 8, 2002.

*Barbara Klein*
Barbara Klein
Attorney for Brian Jones
Bourgeois & Klein
53 W. Jackson, Suite 1320
Chicago, Illinois 60604
312-663-1279

71

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 99 CR 00704-1 |
| v. ) | |
| ) | Hon. Blanche M. Manning |
| BRIAN JONES ) | Judge |
| ) | |
| Defendants ) | |

FILED
2002 MAR -8 AM 10: 57
U.S. DISTRICT CLERK COURT

DOCKETED
MAR 1 5 2002

**MOTION TO AMEND JUDGMENT**

Now comes Brian Jones, by his attorneys, Adam Bourgeois and Barbara Klein, and moves the Court for entry of an Order Amending the Judgment hereinbefore entered on October 25, 2001, by including a provision and recommendation relative to his sentence. In support whereof, movant states as follows:

1. The defendant pleaded guilty to Count One of his indictment which charged him with violation of 21 U.S.C. 846, Conspiracy to Possess with Intent to Distribute a Controlled Substance.

2. He was committed to the custody of the United States Bureau of Prisons for a total term of 33 months.

3. The Court made no recommendation as to his incarceration except to recommend that his term of imprisonment be served at a location near Chicago, Illinois.

4. The Judgment is silent as to whether the Court would or would not recommend that his sentence be served at a boot camp facility.

1

5. At the suggestion of his counsellor, who will recommend that the movant be allowed to participate in the boot camp program, Brian Jones is also seeking approval of the Court.

6. To refresh the Court's recollection as to Brian Jones, counsel states as follows: Brian Jones is 31 years of age. He is married and he and his wife have six minor children, two of whom require monitoring for chronic asthma. Since being incarcerated, defendant has been give a steady job working at a water department job and earning $5.25 per month.

Wherefore, defendant prays that the Court will amend the Judgment entered October 25, 2001, to include a provision to allow his to serve his sentence at a boot camp facility.

*Barbara Klein*
Barbara Klein
Bourgeois & Klein
Attorney for Defendant Brian Jones
53 West Jackson., Suite 1320
Chicago, Illinois 60604
312-663-1279